UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADRIANNE TIJUANA JOHNSON,

            Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

            Defendant.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/2024
```

Civil Action No.:
1:24-CV-04195-AT-RWL

### PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE PLAINTIFF'S BRIEF

**PLEASE TAKE NOTICE** that upon all the prior proceedings heretofore filed Plaintiff moves this Court, on submission, for an Order granting Plaintiff an extension of sixty (60) days to file Plaintiff's motion for judgment on the pleadings and brief in support, which is currently due on September 4, 2024. This is Plaintiff's first request for an extension and is necessary because undersigned counsel was only recently retained and needs time to familiarize himself with the voluminous record in preparation of a brief.

Plaintiff has contacted counsel for Defendant who consents to this motion.

Dated: September 3, 2024

Respectfully submitted,

By: /s/ Charles E. Binder
Law Office of Charles E. Binder
and Harry J. Binder, LLP
485 Madison Avenue, Suite 501
New York, NY 10022
(212)-677-6801
Fax (646)-273-2196
fedcourt@binderlawfirm.com

Extension granted. Plaintiff's motion shall be filed by November 4, 2024. Defendant's response and cross-motion shall be filed by December 4, 2024. Plaintiff's reply, if any, shall be filed by December 18, 2024.

SO ORDERED:

9/4/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE