UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ADRIANNE TIJUANA JOHNSON,

              Plaintiff,                          24 **CIVIL** 4195 (AT)

    -v-                                         **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

              Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 26, 2024, that the action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
           November 26, 2024

                                                            **DANIEL ORTIZ**
                                                  **Acting Clerk of Court**

                          **BY:**
                                                  **Deputy Clerk**